United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TABITHA WINONA FALLSTEAD,

    Plaintiff,

  v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.
_____/

No. C 13-03607 JSW

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Charles R. Breyer to determine whether it is related to *Fallstead v. Astrue*, Case No. 13-0156 CRB.

    **IT IS SO ORDERED.**

Dated: 8/16/13

                                                       JEFFREY S. WHITE
                                                       UNITED STATES DISTRICT JUDGE