**United States District Court**
For the Northern District of California

1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   TABITHA WINONA FALLSTEAD,

10            Plaintiff,                          No. C 13-03607 JSW

11      v.                                        **SUA SPONTE JUDICIAL
                                                  REFERRAL FOR PURPOSES OF**
12   CAROLYN W. COLVIN, Acting                    **DETERMINING RELATIONSHIP**
     Commissioner of Social Security,            **OF CASES**
13
              Defendant.
14   _____/

15          Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above

16   captioned case is referred to Judge Charles R. Breyer to determine whether it is related to

17
     *Fallstead v. Astrue*, Case No. 13-0156 CRB.
18
            **IT IS SO ORDERED.**
19
     Dated: 8/16/13                              _____
20                                               JEFFREY S. WHITE
21                                               UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28